# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

SAFETY NATIONAL CASUALTY
CORPORATION,

                **Plaintiff,**

-vs-                             **Case No.  6:04-cv-912-Orl-31KRS**
                                                 **(Consolidated with Case No.**
                                                 **6:04-cv-1349-Orl-31JGG)**

WHEELED COACH INDUSTRIES, INC.,

                **Defendant.**

_____

## ORDER

      This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **DEFENDANT/COUNTERCLAIMANT'S MOTION TO COMPEL PLAINTIFF/COUNTERCLAIM DEFENDANT TO RESPOND TO DISCOVERY (Doc. No. 32)**
>
> **FILED:**      **March 30, 2005**
>
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**.

      The movant states that the discovery requests that are the subject of the motion were served with the complaint in Case No. 6:04-cv-1349-ORL-31JGG, which was filed in state court in August 2004.  There is no indication in the file that a meeting to prepare a Case Management Report was conducted in Case No. 6:04-cv-1349-ORL-31JGG.  However, the file in the instant case reflects that the meeting to prepare the Case Management Report was conducted on November 3, 2004.

Under M.D. Fla. L.R. 3.05(c)(2)(B) discovery cannot begin before the meeting to prepare the Case Management Report.  Because the discovery that is the subject of the motion was served well before the November 3, 2004 meeting, it was premature and responses thereto are not required.  The movant may reserve the discovery requests sufficiently before the close of discovery to allow responses to be timely served before the close of discovery.

**DONE** and **ORDERED** in Orlando, Florida on April 25, 2005.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

-2-