**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**SAFETY NATIONAL CASUALTY**
**CORPORATION,**

            **Plaintiff,**

-vs-                                **Case No. 6:04-cv-912-Orl-31KRS**
                                      **(Consolidated with Case No. 6:04-Cv-1349)**

**WHEELED COACH INDUSTRIES, INC.,**

            **Defendant.**
_____

## ORDER

On October 26, 2006, Magistrate Judge Spaulding issued her Report (Doc. 69) recommending that Defendant's Motion for Sanctions (Doc.41) be granted. Plaintiff has filed no objection to this Report. Accordingly, it is

**ORDERED** that:

1. The Report and Recommendation of Magistrate Judge Spaulding is confirmed and adopted as part of this Order;

2. Defendant's Motion for Sanctions is GRANTED;

3. Defendant shall, within 10 days, file its application for attorney's fees and costs incurred in bringing the Motion for Sanctions; and

4. The Court reserves jurisdiction to impose further sanctions against Plaintiff for its violation of the Court's discovery orders.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on November 15, 2005.

                                                                                  _____
                                                                                  GREGORY A. PRESNELL
                                                                                  UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party